# **EXHIBIT B**



# COMMONWEALTH of VIRGINIA
## DEPARTMENT OF ELECTIONS

Edgardo Cortés  
Commissioner

Elizabeth L. Howard  
Deputy Commissioner

October 18, 2016

Kristen Clarke  
President and Executive Director  
Lawyers' Committee for Civil Rights Under Law  
1401 New York Avenue, NW, Suite 400  
Washington DC 20005-2124

Julie Emery  
Executive Director  
Virginia Civic Engagement Table

Tram Nguyen  
Co- Executive Director  
New Virginia Majority

Ms. Clarke, Ms. Emery, and Ms. Nguyen:

I am in receipt of your letter from this morning regarding the technical problems experienced by our online voter registration portal on October 16th and 17th. The Department of Elections experienced unprecedented activity levels from voters attempting to review and update their voter registration records. Despite the technical issues we encountered, 38,725 voters successfully submitted a voter registration through our online portal in the 48 hours leading to the deadline. We understand the frustration experienced by voters and we apologize the system was unable to handle the overwhelming demand from voters. The Department is committed to ensuring all eligible Virginians have a positive voting experience and are able to participate in their democracy. We will continue to focus our efforts on improving our systems and working with the General Assembly to appropriately fund elections in the Commonwealth.

In addition to our online registration portal, voters had many additional opportunities to register prior to the deadline. In-person voter registration was available at all general registrar offices until 5pm on October 17th and voter registration forms postmarked by the deadline will still be accepted. There is no statutory provision in the Code of Virginia that allows for extending the voter registration deadline. Without the legal authority to grant your request, the Department is unable to extend Virginia's voter registration deadline.

Sincerely,

Edgardo Cortés