# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| NEW VIRGINIA MAJORITY EDUCATION FUND; VIRGINIA CIVIC ENGAGEMENT TABLE; MICHAEL KERN; and KATHY KERN,<br><br>  Plaintiffs,<br><br>v.<br><br>VIRGINIA DEPARTMENT OF ELECTIONS; VIRGINIA STATE BOARD OF ELECTIONS; EDGARDO CORTES, in his official capacity as Commissioner of the Virginia Department of Elections; JAMES B. ALCORN, in his official capacity as Chairman of the State Board of Elections; CLARA BELLE WHEELER, in her official capacity as Vice Chair of the Board; and SINGLETON V. MCALLISTER, in her official capacity as Secretary of the Board,<br><br>  Defendants. | Civil Action No. _____ |

## ORDER

The Court, having read and considered the papers in support of and in opposition to Plaintiffs' Emergency Motion for a Preliminary Injunction, finds that Plaintiffs have satisfied the requirements for preliminary injunctive relief.

Accordingly,

IT IS HEREBY ORDERED THAT:

Plaintiffs' Emergency Motion for a Preliminary Injunction is GRANTED;

IT IS FURTHER ORDERED THAT:

Defendants are directed to take all action necessary to reopen and extend the October 17, 2016 voter registration deadline in Virginia for at least an additional 72 hours, and to take all action necessary to provide notice to the public of the reopening and extension.

_____
United States District Judge

Date: _____, 2016