## ** CIVIL MOTION MINUTES **

Date:  10/20/2016                                   Judge:  Hilton
                                                    Court Reporter:  J. Egal
Time:  11:03 a.m. – 11:14 a.m.


Civil Action Number:  1:16cv01319

New Virginia Majority Education Fund, et al. v. Virginia Department of Elections, et al.

Appearances of Counsel for:        ☒ Plaintiff(s)         ☒ Defendant(s)

Motion to/for:
[3] Emergency Motion for Preliminary Injunction filed by Michael Kern, Kathy Kern,
New Virginia Majority Education Fund, and Virginia Civic Engagement Table.

Argued &
☒  Granted        ☐ Denied         ☐ Granted in Part/Denied in Part
☐  Taken Under Advisement        ☐ Continued to:

The court grants the motion, but with a reduced extension period than sought.

☒ Order to follow