**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |
|---|---|
| NEW VIRGINIA MAJORITY EDUCATION FUND; VIRGINIA CIVIC ENGAGEMENT TABLE; MICHAEL KERN; and KATHY KERN, )<br><br>Plaintiffs, )<br><br>v. )<br><br>VIRGINIA DEPARTMENT OF ELECTIONS; VIRGINIA STATE BOARD OF ELECTIONS; EDGARDO CORTES, in his official capacity as Commissioner of the Virginia Department of Elections; JAMES B. ALCORN, in his official capacity as Chairman of the State Board of Elections; CLARA BELLE WHEELER, in her official capacity as Vice Chair of the Board; and SINGLETON V. MCALLISTER, in her official capacity as Secretary of the Board,<br><br>Defendants. | Civil Action No. 1:16-cv-01319 |

**ORDER**

THIS MATTER comes before the Court on the Plaintiff's Emergency Motion for a Preliminary Injunction. For the reasons stated from the bench, it is hereby

ORDERED that Plaintiffs' Emergency Motion for Preliminary Injunction is GRANTED.

It is further ORDERED that Defendants are directed to take all action necessary to reopen and extend the October 17, 2016 voter registration deadline in Virginia until Friday, October 21, 2016 at 11:59 p.m., and to take all action necessary to provide notice to the public of the reopening and extension of the deadline.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 20, 2016