IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NEW VIRGINIA MAJORITY EDUCATION FUND; VIRGINIA CIVIC ENGAGEMENT TABLE; MICHAEL KERN; and KATHY KERN,<br><br>      Plaintiffs,<br><br>v.<br><br>VIRGINIA DEPARTMENT OF ELECTIONS; VIRGINIA STATE BOARD OF ELECTIONS; EDGARDO CORTES, in his official capacity as Commissioner of the Virginia Department of Elections; JAMES B. ALCORN, in his official capacity as Chairman of the State Board of Elections; CLARA BELLE WHEELER, in her official capacity as Vice Chair of the Board; and SINGLETON V. MCALLISTER, in her official capacity as Secretary of the Board,<br><br>      Defendants. | Civil Action No. 1:16-cv-01319 |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Fed. R. of Civ. P. 41(a)(1)(A)(i), plaintiffs hereby provide notice that all of their claims in this action are dismissed. No defendant has filed an answer or a motion for summary judgment in this action. All parties to bear their own costs and attorneys' fees.

Dated:    November 2, 2016

Respectfully submitted,

ARNOLD & PORTER LLP

/s/ Michael Kientzle
Michael Kientzle (VSB #85487)
John A. Freedman (*pro hac vice*)
ARNOLD & PORTER LLP
601 Massachusetts Ave. NW
Washington, DC  20001
Telephone:    (202) 942-5000

        Facsimile:    (202) 942-5999
        michael.kientzle@aporter.com
        john.freedman@aporter.com

        Arusha Gordon (*pro hac vice*)
        Lawyers' Committee for
          Civil Rights Under Law
        1401 New York Avenue NW, Suite 400
        Washington, DC 20005
        Telephone:   (202) 662-8600
        Facsimile:    (202) 783-0857
        agordon@lawyerscommittee.org

        *Attorneys for Plaintiffs New Virginia Majority Education Fund, Virginia Community Engagement Table, Michael Kern and Kathy Kern*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2016, I caused the foregoing to be electronically filed using the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

      /s/ Michael E. Kientzle
      Michael E. Kientzle (VSB # 85487)
      ARNOLD & PORTER LLP
      601 Massachusetts Ave. NW
      Washington, DC 20001
      Telephone: (202) 942-5000
      Facsimile: (202) 942-5999
      michael.kientzle@aporter.com

*Attorneys for Plaintiffs New Virginia Majority Education Fund, Virginia Community Engagement Table, Michael Kern and Kathy Kern*