## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |
|---|---|
| NEW VIRGINIA MAJORITY EDUCATION FUND; VIRGINIA CIVIC ENGAGEMENT TABLE; MICHAEL KERN; and KATHY KERN, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA DEPARTMENT OF ELECTIONS; VIRGINIA STATE BOARD OF ELECTIONS; EDGARDO CORTES, in his official capacity as Commissioner of the Virginia Department of Elections; JAMES B. ALCORN, in his official capacity as Chairman of the State Board of Elections; CLARA BELLE WHEELER, in her official capacity as Vice Chair of the Board; and SINGLETON V. MCALLISTER, in her official capacity as Secretary of the Board, <br><br> Defendants. | Civil Action No. 1:16-cv-01319 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Fed. R. of Civ. P. 41(a)(1)(A)(i), plaintiffs hereby provide notice that all of their claims in this action are dismissed. No defendant has filed an answer or a motion for summary judgment in this action. All parties to bear their own costs and attorneys' fees.

Dated:    November 2, 2016

So Ordered *[handwritten]*
Claude M. Hilton
USDS
Nov 7, 2016

Respectfully submitted,

ARNOLD & PORTER LLP

/s/ Michael Kientzle
Michael Kientzle (VSB #85487)
John A. Freedman (*pro hac vice*)
ARNOLD & PORTER LLP
601 Massachusetts Ave. NW
Washington, DC  20001
Telephone:    (202) 942-5000

Facsimile:    (202) 942-5999
michael.kientzle@aporter.com
john.freedman@aporter.com

Arusha Gordon (*pro hac vice*)
Lawyers' Committee for
  Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, DC 20005
Telephone:    (202) 662-8600
Facsimile:    (202) 783-0857
agordon@lawyerscommittee.org

*Attorneys for Plaintiffs New Virginia
Majority Education Fund, Virginia
Community Engagement Table, Michael
Kern and Kathy Kern*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2016, I caused the foregoing to be electronically filed using the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

/s/ Michael E. Kientzle
Michael E. Kientzle (VSB # 85487)
ARNOLD & PORTER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
michael.kientzle@aporter.com

*Attorneys for Plaintiffs New Virginia Majority Education Fund, Virginia Community Engagement Table, Michael Kern and Kathy Kern*